*Court Criminal Appeals*
Austin, Texas

13,481-26

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 01 2015
Abel Acosta, Clerk

In Re:
R Wayne Johnson

* VS *

#13,481-

* (10) CAUSE 10-15-00156
(CRIM)

10th Ct Appeals: *EN BANC*
Writ of MANDAMUS: Motion To TRANSFER-
To Ct Crim App: Motion Recuse (10th-COA)-
MOTION To STAY: (Appoint Counsel*

EN BANC: Ct Crim:

1) Exp Johnson, 2014 Tx App. LEXIS-11746 "Restraint on LIBerty (loss good-time) is A "CRIMINAL-LAW matter"....."

A) This Court! Culver, 105 SW3d 64 (mandAmus- AS counsel mandatory-" CRIMINAL"

B) Rosenthal, 98 SW3d 190,- (CCA-) "ministerial whether derived from statute-Rule, or-opinion of Superior court.." Bowen, 343 SW3d 805-810- (CCA-" atty issue)..

C) "NO discretion To violate the LAW., Kuntz, 124 SW3d 179 (Tx) Smith, 333 SW3d 582 (Tx)

D) Greenwell, 159 SW3d 645 (CCA)..

(1) * (4 pgs ATTACHED).!

2)^A _criminal MANDAMUS_ for atty, PENDING-Before court - (14th Appeals - _not praside_ counsel - (ECTOR! 70th - Whalen) cause 41,015) (Writ: good-time-):

A) Urgency of "STAY" 1) AS-_IF_ was FRIVOLOUS-(But _not_ - nor was 399 SW3d 348-, - can FILE criminal) on _Relator; See_ VASILAS, 253 SW3d 268 (_FALSE facts_ clients suit; 37.10 PENAL Code - "govrment Record" 37.01 (atty CONVICTED-Collin Cty):

B) 10th ct _Biased!_ 1) No atty - (sanctions-See attached) 2) _Absentia_ prohibited 907 SW2d 486 (Tx) - (same as Contempt; _In Re_ JOHNSON, 2011 Tx App LEXIS - 8593 (Contempt VAcated Judge Self (Tulia) - FINE - No atty - no show Cause - No due process)! _VOID_..

Wherefore: court: _Issue "STAY"! Transfer to_ This court: order _NO_-sanctions SANS-1) atty, 2) show cause, 3) _No_ Absentia (As crim (wal - (_civil_ Too - NO Absentia) 4) Issue Bench War-rant) 5) order To _VAcate_ & _publish_ - 399 SW3d 348 (As VOID, - _No atty_ -, Absentia; 180 DAYS, $5,278. 85) (Publish THIS OPINION - Rule 47) Respectfully

R. Wayne Johnson
Clements               28-2756
Amarillo, 79107-

(2)

Contempt 63(3), - Contempt order a nullity Absent notice - Ep Blanchard, 736 SW2d 642 (TX): Contempt - 70, - Criminal contempt, past acts, - no voluntary compliance can Avoid punishment.

Court lacks authority to violate due process - by sanctions SANS NOTICE. Const law 303, - Like contempt proceedings, procedure for SANCTIONS must comport with due process, afford party opportunity to be heard, before imposition of SANCTIONS..

H) In Re Bennett, 960 SW2d 35 (TX) - SANCTIONS - "Bad faith use of the Judicial process," - Batz, 946 SW2d 851 - spontaneous imposition of SANCTIONS sans due process, "hearing," - void! notice - In Re Cam, 975 SW2d 80, - Hayes, 920 SW2d 344, - order void sans notice, hearing ..

I) In Re Cantu, 961 SW2d 482 - atty, - notice - "hearing", contempt, in ct of *(8)* appeals..

Recusal: 10th Ct - Rer' Exparte
Smith - 444 SW3d 661-70 (CCA) -
Arnold 853 SW2d 543 (Rule 18-
Applies) ⊘ Wallis 80 SW3d 174 (Recusal
Appeal)

⊘ NO Pro Se Appeal "CRIMINAL" martinez
120SCt 684
(motion For Counsel - copy) w/-10th ct!!
(Attached)

Atty: Hines 79 SW3d 269 (Appeal)
ChC - 331 SW3d 426 (TX) Pro Bono -
Pilot Program) Ms Hawkins) ⊘

⊘ "Loss good time (Liberty) "MAY" lose -
Liberty " atty Skelton 122SCt 1764 - CITES:
Hamlin, 92 SCt 2006 ("all CRIMINAL")
(Assiter, 101SCt 2153 - 65 ("Loss physic-
al Liberty - If he looses, requires Atty"
Pitts, 700 SW F.3d (cites Assiter)

"LOSS good-time (liberty) is a criminal-LAW matter - Arose from CRIMINAL sentence" Johnson (me) - 2014 T+App-LEXIS -11746 (3 Judges) (9th Ct):

* MOTION TO "STAY"; motion to Transfer) to ct Crim Appeals;

* 399 SW3d 348 (10th- "sanction"-180 days -& $5,278,85 NO atty - VOID case) Due to hateful court - ABsentia!

Pro-Se "not held to same standards As attys!" Purdue, (27 SCt 2197-2202 Gamble, 97 SCt 285 - (same) Haines 92 SCt 594 (Bonilla 424 SW3d 528 - (PRO-SE) ↑ THIS court "(motion to compel"- (treated AS mandamus)

$ Bonilla involved Open Records Gov Case- (adheres mine 49 8.0045 G. code) 558"

$ TDCJ "takes" time (NO due process - no hearing - NO atty) via

1423. *Bagwell*, 114 SCt 2552;
945 SW2d at

B) at 834: Court must inform ind-
igent of right to counsel, failure to
Advise violates due process, funda-
mental Essential to fair trial. - *Gideon*
83 SCt 792 - ,, article 1.051 C.C.P. applies
to contempt ,,

*Gonzales*, cites - *Ep Goodman*, 742 S.
W. 2d 536, - "Settled, that when indig-
ent charged with contempt - not re-
presented by counsel, not waived, the
court may not, sans violating, cons-
titutional right to counsel, impose sion-
ctions,) punishment ,, 1.051 C.C.P Ext-
ends to contempt ,," *EP Keene*, 909
SW2d 507 (Tx) ,,

C) *Green* (By some fantasy law), -
claims to "overrule" - *Ep Alcoju*, 907
SW2d 486 (Tx Sup Ct), - No contempt
in Absentia: absent answer, right
to Be present, regardless whether
sanctions (are) coercial or Punitive!

* (6) *


*EN BANC!*
*Crim Appeals*

# TENTH COURT OF APPEALS

**Chief Justice**
Tom Gray

**Justices**
Rex D. Davis
Al Scoggins

McLennan County Courthouse
501 Washington Avenue, Rm. 415
Waco, Texas 76701-1373
Phone: (254) 757-5200 ) Fax: (254) 757-2822

**Clerk**
Sharri Roessler

May 15, 2015

Patrick M. Wilson
Ellis County District Attorney
109 S. Jackson St.
Waxahachie, TX 75165
* DELIVERED VIA E-MAIL *

R. Wayne Johnson
Clements Unit #282756
9601 Spur 591
Amarillo, TX 79107

$ *SANCTIONS*
*5,278.85*

*399 SW3d 348*

**RE:** Court of Appeals Number: 10-15-00156-CR
Trial Court Case Number:

*T.C. #81703 Appeal*

*LOST - 180 - DAYS*

**STYLE:** In re R. Wayne Johnson

R. Wayne Johnson, relator and/or applicant, is notified that the Court is considering sanctions against him for filing a groundless and frivolous original proceeding. TEX. R. APP. P. 52.11. The Court is considering all available sanctions, including but not limited to costs, dismissal, and good-time conduct forfeiture under Section 498.0045 of the Texas Government Code. A response, if any, to this notice is requested and must be received by the Court within 14 days from the date of this letter. If a response is not timely received, the Court will proceed to decide the possible imposition of sanctions.

*ROBINSON - 335 SW3d 126 (TX) 172 - (art 1, 16 - Tx Const - NO retroactive laws - violate Art. 29 ALSO ." Dietz 940 SW2 86-90 (TX)*

*Walls, 900 SW2d 177 "Final Judgments confer Vested Rights" (art 6181-4 Civ - my law) 1977*

*NOT APPLY my 1977 - crime*

Sincerely,

SHARRI ROESSLER, CLERK

By: _Nell Hegefeld_
Nell Hegefeld, Deputy Clerk

*to TLC Rev - 609*

In Re Bonilla, 424 SW3d 528 (CCA)

"Clerk's letter deprive him Accen" cites Wolff, 94 SCt-2988 - Hall 61 SCt 640

X 10th Ct Biased: 1) SAnctions (as in contempt -) requires SHOW cause - order. 2) Appoint counsel (This - ct Gonzalez 945 SW2d 831-36 (er Due process denied") "court must ADVISE) (Casteo, 998 SW2d 935 (NOt ADVISED of counsel - VOID proceedings -NO due process")

o ATTYS get ATTYS (SAnctions) In Re Cantue, 961 SW2d 482 - Judges! Reed, 901 SW2d 604 Hayer 920 SW2d 344 - Batz, 946 SW2d 851 (Contempt er SAnctions - SHOW cause - Const LAW-303) In Re Acceptance 33 SW3d 443

o NO ABSENTIA. ALlen 907 SW2d 486 (TX)

@ 2 PGS ATTACHED !

(894 SW2d 113-18 · Const LAW-110)

Butterfield, 368 SW3d 190-201 (TX)

"Valdes right to prepare - Const LAW-93'